# IN THE NINTH COURT OF APPEALS

_____

## 09-18-00069-CV

_____

In Re Enterprise Refined Products Company, LLC

Original Proceeding
172nd District Court of Jefferson County, Texas
Trial Cause No. E-194,114

## <u>JUDGMENT</u>

THE NINTH COURT OF APPEALS, having considered Enterprise Refined Products Company, LLC's petition for writ of mandamus, concludes that the petition should be conditionally granted. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the petition for writ of mandamus is conditionally granted and the trial court shall vacate its January 10, 2018 order granting a new trial and reinstate the judgment on the jury's verdict. All costs of the mandamus proceeding are assessed against the real party in interest.

Per Curiam Opinion

May 17, 2018

**PETITION CONDITIONALLY GRANTED**

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court